# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMOTHY JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, OFFICE OF PROBATION AND PAROLE, CHIEF OFFICER KEVIN D. LOWRY, AND MATTHEW TVEITE,<br><br>Defendants. | Civil No. 09-0846 (JRT/JJK)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes, dated November 13, 2009, and no objections having been filed to said Report and Recommendation.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss or for Summary Judgment (Doc. No. 10), is **GRANTED**; and

2. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: December 23, 2009
at Minneapolis, Minnesota

        s/ John R. Tunheim
      JOHN R. TUNHEIM
    United States District Judge